UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Werner Schneider                                    10 CV 2729 (RJH)
                Plaintiff,

    -against-

The Kingdom of Thailand, Defendant.
------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Andrew Mark Behrman**

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **AB-5949**; My State Bar Number is: **3063518**

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: **Hogan Lovells US LLP**
            **875 Third Avenue**

[ ] Telephone No.: **New York, NY 10022**

[ ] Fax No.: _____

[x] E-Mail Address: **andrew.behrman@hoganlovells.com**

Dated: May 3, 2010            _____
                                                ATTORNEY'S SIGNATURE