UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In the Matter of the Arbitration Between:

WERNER SCHNEIDER, acting in his capacity
as insolvency administrator of WALTER BAU AG
(IN LIQUIDATION)

                          Petitioner,

        v.

THE KINGDOM OF THAILAND

                          Respondent.

------------------------------------------------------------X

1:10-cv-2729-RJH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/10

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PETITION FOR CONFIRMATION OF FOREIGN ARBITRAL AWARD**

Pursuant to Federal Rule of Civil Procedure 6(b), Petitioner, Werner Schneider, acting in his capacity as insolvency adminstrator of Walter Bau AG ("Schneider"), and Respondent, The Kingdom of the Thailand ("Thailand"), by and through the undersigned, hereby stipulate that:

1. Thailand will have until August 17, 2010 to respond to Schneider's Petition for Confirmation of Foreign Arbitral Award, filed on March 26, 2010 ("Petition");

2. Thailand will waive service of process; and

3. Schneider will provide Thailand with a copy of the Petition and the Arbitration Award dated July 1, 2009 translated into Thai, by July 16, 2010.

Schneider consents to this extension request. This is the first request for an extension in this matter.

/s/ Joe Cyr
Joe Cyr
Andrew Behrman
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
joe.cyr@hoganlovells.com

*Counsel for Petitioner Werner Schneider, acting in his capacity as insolvency administrator of Walter Bau AG (In Liquidation)*

/s/ Claudia T. Salomon
Claudia T. Salomon
James P. Duffy IV
David S. Wenger
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4848
claudia.salomon@dlapiper.com

*Counsel for The Kingdom of Thailand*

Dated: New York, New York
       June 18, 2010

**SO ORDERED.**

Hon. Richard J. Holwell
United States District Judge
6/18/10