UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                               :

In the Matter of the Arbitration Between:      :

                                               :

WERNER SCHNEIDER, acting in his capacity  :
as insolvency administrator of WALTER BAU AG :
(IN LIQUIDATION)                          :           1:10-cv-2729-RJH

                                             :

                    Petitioner,      :

                                           :

        v.                                 :

                                           :

THE KINGDOM OF THAILAND          :

                                           :

                    Respondent.    :

-------------------------------------------------------------X

## DECLARATION OF DAVID WENGER
## IN SUPPORT OF THAILAND'S CROSS-MOTION TO DISMISS PETITION
## FOR CONFIRMATION OF A FOREIGN ARBITRAL AWARD

I, David Wenger, respectfully submit this declaration to identify relevant documents.

1.     Exhibit 1 is the Partial Award on Jurisdiction, dated October 5, 2007.

2.     Exhibit 2 is the December 13, 1961 Treaty between the Federal Republic of

Germany and the Kingdom of Thailand concerning the Promotion and Reciprocal Protection of

Investments ("1961 Treaty").

3.     Exhibit 3 is the June 24, 2002 Treaty between the Kingdom of Thailand and the

Federal Republic of Germany for the Encouragement and Reciprocal Protection of Investments

(the "2002 Treaty").

4.     Exhibit 4 is Thailand's Post-Hearing Submission, dated August 10, 2007.

5.     Exhibit 5 is Walter Bau's ("WB") Post-Hearing Submission, dated August 10,

2007.

6.      Exhibit 6 is the Terms of Reference To Arbitration, signed by Thailand on

September 4, 2006.

7.      Exhibit 7 is Thailand's Memorial on Jurisdiction, dated October 2, 2006.

8.      Exhibit 8 is a collection of eight Certificates of Admission issued by Thailand to

German investors in Thailand.

Dated: August 17, 2010                    _____
                                          David S. Wenger