USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 3/17/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In the Matter of the Arbitration Between:

WERNER SCHNEIDER, acting in his capacity as insolvency administrator of Walter Bau Ag (In Liquidation)

Petitioner,

-against-

THE KINGDOM OF THAILAND,

Respondent.

---------------------------------------------------------X

10 **CIVIL** 2729 (DAB)

**JUDGMENT**

Petitioner having moved to confirm an arbitration award; respondent having cross-petition to dismiss the Petition, and the matter having been brought before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 14, 2011, having issued its Order granting WB's Petition to confirm the July 1, 2009 arbitration Award in favor of WB and against Thailand and denying Thailand's Cross-Petition, and directing the Clerk to enter final judgment in favor of Petitioner Werner Schneider, acting in his capacity as insolvency administrator of Walter Bau Ag (In Liquidation), and against The Kingdom of Thailand in the amount of: (1) EURO 29.21 million, plus interest at the six month successive Euribor rate, plus 2% per year, beginning on December 3, 2006 until the date of payment of the award, compounded semi-annually; and (2) EURO 1,806,560, plus interest at the six month successive Euribor rate, plus 2% per year, beginning on July 1, 2009 until the date of payment of the award, compounded semi-annually, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2011, WB's Petition to confirm the July 1, 2009 arbitration Award

in favor of WB and against Thailand is granted and Thailand's Cross-Petition is denied; final judgment is entered in favor of Petitioner Werner Schneider, acting in his capacity as insolvency administrator of Walter Bau Ag (In Liquidation), and against The Kingdom of Thailand in the amount of: (1) EURO 29.21 million, plus interest at the six month successive Euribor rate, plus 2% per year, beginning on December 3, 2006 until the date of payment of the award, compounded semi-annually; and (2) EURO 1,806,560, plus interest at the six month successive Euribor rate, plus 2% per year, beginning on July 1, 2009 until the date of payment of the award, compounded semi-annually; accordingly, the case is closed.

**Dated:** New York, New York
March 17, 2011

**RUBY J. KRAJICK**
**Clerk of Court**
BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____